FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

DEC 29 2016

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

3:16CV355-DPM

This case assigned to District Judge **Marshall**
and to Magistrate Judge **Ray**

12-23-16

I B.W. WALKER IS WRITING THIS LETTER IN HOPES TO RECEIVE SOME JUSTICE DUE TO UNFAIR AND INJUST TREATMENT. ON DEC. 13TH 2016 I WAS ARRESTED IN WEST MEMPHIS FOR TERRORISTIC THREATS AND AGGREVATED ASSAULT. BOTH FELONY CHARGES. THESE CHARGES WAS PLACED ON ME DUE TO PAST INVOLVEMENT WITH EX FIANCE WHO MOVED BACK TO W. Memphis who has child with W. Memphis Assist. POLICE CHIEF. THESE CHARGES CAME OFF of A RESRIANT ORDER FROM STEPHANIE WORLES who has child with EDDIE WEST. From heresay meaning STEPHAIE WORLES went to FILE THE RESTRAINT ORDER STATING I THREATENED TO SHOOT HER IN THE HEAD, Burn her HOUSE DOWN and KIll HER KIDS. SHE STATED THIS WAS SAID IN NOVEMBER but didn't go to file until December. THERE ARE NO THREATENING TEXT MESSAGES, RECORDED PHONE CAllS, OR POLICE REPORTS of any prior Domestic INCIDENCES between me and STEPHANIE WORLES for the PAST 3 YEARS we were together. So with the Help of Assist. CHIEF WEST JUST for saying this with nothing to back her allegations THEY PLACED 2 FELONY WARRANTS on me, which I am incarcerated at this Time on with a $75,000 bail which on the 18TH OF DECEMBER I WAS SERVED THE PETITION After being Arrested. I have a court date of 1-26-17. THIS BAIL IS very EXCESSIVE due to just hearsay And no texts, calls, police reports, or HISTORY OF Domestic violence between me and STEPHANIE WORLES (NOTHING AT AII) I have

been employed with my same job in Memphis Maint. with MCDONALDS FOR 5 yEARS only missed 4 days in all THAT TIME. Not on any probation or record, and I am in Jeopardy of losing my Employment, house, PETS And fall well behind in Child Support. WITH THESE CHARGES JUST from word of mouth and This Excessive 75,000 dollar bail which I cannot afford I will lose everything soon. DUE To WEST Memphis law of how men get charged Here in west Memphis JUST OFF HERESAY. I Am still detained at this Time with no hope of Justice.

Thank you for any attention in this Matter,
B.W. Walker

I am also a Diabetic which since I been here havent received any insullin and when I first got Detained my sugar was checked at that time and it was 234 but didnt receive any insullin. was just checked for the 1st time and it was 198 and didnt get insullin and I was hospitalized in May which I suppose to get insullin 2 times a day. They have a log stating I been refusing insullin since I been incarcerated which is untrue if cameras would be rolled back it will show I havent been seen. A SGT. SAID THEY would look into it but not Heard back. I request each day to speak to someone, see the nurse, and ask for Inmate request form, and grievence And never got any

of the above. THESE LAWS And medical conditions are very unjust. The guards give you meds, with no checklist or insure you take it inmates just put meds in pocket and walk off. They give you the needle to pull your insullin and inject yourself with no HAZARD container for used needles All This medication handling in THIS Facility is handled by untrained Guards.

I need Help I need JUSTICE

THANK YOU.

B. W. Walker