IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

B.W. WALKER                                                                             PLAINTIFF

v.                                              No. 3:16-cv-355-DPM

DOE                                                                                     DEFENDANT

ORDER

1. Walker hasn't paid the $400 filing and administrative fees or filed an application to proceed *in forma pauperis*. He must do one or the other by 3 February 2017. If he doesn't, then his case will be dismissed without prejudice. LOCAL RULE 5.5(2).

2. Walker must file an amended complaint too. It's unclear from Walker's complaint who he's suing and what relief he wants. Walker's amended complaint must explain who allegedly violated his rights, how they did so, and what relief he wants. If Walker doesn't file an amended complaint by 3 February 2017, then his case will be dismissed without prejudice. LOCAL RULE 5.5(2).

3. The Court directs the Clerk to mail Walker a blank § 1983 complaint form and an application to proceed *in forma pauperis*. If the Court grants Walker permission to proceed *in forma pauperis*, he will have to pay the $350

filing fee in monthly installments taken from his prisoner account. 28 U.S.C. § 1915(b).

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

4 January 2017