IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

B.W. WALKER                                                                       PLAINTIFF

v.                            No. 3:16-cv-355-DPM

DOE                                                                        DEFENDANT

### ORDER

Walker hasn't paid the filing and administrative fees or filed an application to proceed *in forma pauperis;* and the time to do so has passed. № 3. His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

7 February 2017