IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

B.W. WALKER                                                               PLAINTIFF

v.                                    No. 3:16-cv-355-DPM

DOE                                                                       DEFENDANT

## JUDGMENT

Walker's complaint is dismissed without prejudice.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

7 February 2017